# EXHIBIT A

## SUMMONS

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION SUPERIOR COURT |
| | ) SS: | CIVIL DIVISION |
| COUNTY OF MARION | ) | CAUSE NO.:49D02-2103-MI-009779 |

CLIFTON JETT TRANSPORT, INC.　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　Plaintiff,　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　v.　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
BARRETTE OUTDOOR LIVING, INC　　　　)
　　Defendant.　　　　　　　　　　　　　)

TO DEFENDANT:　BARRETTE OUTDOOR LIVING, INC.
　　　　　　　　C/O Cogency Global, Inc,
　　　　　　　　9221 Crawfordsville Rd,
　　　　　　　　Indianapolis, IN 46234.

　　You are hereby notified that you have been sued by the person named as plaintiff and in the Court indicated above.

　　The nature of the suit against you is stated in the Complaint, which is attached to this Summons. It also states the relief sought or the demand made against you by the plaintiff.

　　An answer or other appropriate response in writing to the Complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

　　If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Dated: __3/24/2021_____　　　　　　　　_____ (Seal)
　　　　　　　　　　　　　　　　　　　　　　Marion County Superior Courts

(The following manner of Service of Summons is hereby designated.)

___X___　Registered or Certified Mail
_____　Service on Individual
_____　Service at place of employment, to-wit:_____
_____　Private Service

Attorneys for Plaintiff:
Cherry Malichi
5002 W. Evans Dr.
Glendale, AZ 85306
Telephone: 317.809.9811

## SHERIFF'S RETURN OF SERVICE OF SUMMONS

I hereby certify that I have served this summons on the _____ day of _____ 2021:

(1) By delivering a copy of the Summons and a copy of the complaint to the defendant, _____.

(2) By leaving a copy of the Summons and a copy of the complaint at _____ which is the dwelling place or usual place of abode of and by mailing a copy of said summons to said defendant at the above address.

(3) Other Service or Remarks: _____.

_____         _____
Sheriff's Costs                                   Sheriff

By:_____
                                                 Deputy

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____, 2021, I mailed a copy of this Summons and a copy of the complaint to the defendant, Stephen Davis, by certified mail, requesting a return receipt, at the address furnished by the plaintiff.

_____
Clerk, Marion County Superior Courts

Dated:_____, 20_____         By:_____
                                                 Deputy

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by the defendant on the _____ day of _____, 20\_\_\_\_\_.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint was returned not accepted on the _____ day of _____, 20\_\_\_\_\_.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by _____ on behalf of the defendant on the _____ day of _____, 20\_\_\_\_\_.

_____
Clerk, Marion County Superior Courts

By:_____
                                                 Deputy

27792137.1

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION COUNTY SUPERIOR COURT |
|  | ) SS: | CIVIL DIVISION |
| COUNTY OF MARION | ) | CAUSE NO. : |

CLIFTON JETT TRANSPORT, INC.        )
    Plaintiff,        )
                                                          )
v.        )
                                                          )
BARRETTE OUTDOOR LIVING, INC.        )
    Defendant.        )

## COMPLAINT

COME NOW Plaintiff, CLIFTON JETT TRANSPORT, INC., (hereinafter "CJT"), counsel, Cherry Malichi, and for a cause of action against the Defendant, BARRETTE OUTDOOR LIVING, INC. (hereinafter "BOL") alleges and asserts the following:

### PARTIES

1. All of the actions and events complained of herein took place in the County of CJT, State of Indiana, and within the venue of this Court.

2. CJT, at all times relevant and material to this cause of action, was an Indiana for-profit corporation located at 13981 waterway BLVD, Fishers, Indiana 46040.

3. At all times mentioned herein, the Defendant, BOL, was a foreign for-profit corporation doing business in Indianapolis, IN.

4. Upon information and belief, BOL may be served at Cogency Global, Inc, 9221 Crawfordsville Rd, Indianapolis, IN 46234.

### FACTUAL ALLEGATIONS

5. On June 2, 2019 CJT and BOL entered into an Agreement for Transportation Service (the "Agreement").

6. CJT transported goods for BOL to and from a facility located in Indianapolis, IN

7. Although BOL has other facilities in other states, it never gave requested or required CJT to transport loads to any other location than Indianapolis, IN.

8. In late July 2020, BOL's operations manager, Mark Hicks, told the owner, Clifton Jett and each one of his drivers that the facility located In Indianapolis, IN (the "Facility") was closing, and the contract was terminated.

9. Mr. Hicks specifically told the Mr. Jett that John Boyle was in the process of sending him a letter of termination.

10. Based on this information, all CJT's drivers obtained other jobs.

11. CJT's last shipment to the Facility was on August 5, 2020.

12. BOL placed no further shipments with CJT.

13. BOL did not offer any shipments from any of its other facilities in other states to CJT.

14. In fact, when Mr. Boyle talked to Mr. Jett about the contract, he specifically told Mr. Jett that he was not going to offer him any additional work.

15. The initial term of the Agreement is three years.

16. BOL terminated the Agreement without cause after 1 year and 2 months.

17. Paragraph 9 of the Agreement says if BOL terminates the Agreement without cause, BOL has to pay CJT the pro rata remaining value of the term of the Agreement.

18. BOL terminated the Agreement without cause, therefore CJT is owed the remaining value of the term of the Agreement.

## COUNT I BREACH OF CONTRACT

2

19. CJT hereby incorporates by reference paragraphs 1 through 18 as though previously set out herein.

20. BOL, breached the Agreement by failing to pay CJT the remaining value of the Agreement when it terminated the contract without cause.

21. CJT lost revenue and suffered other damages as a result of BOL's breach of the Agreement.

22. CJT is entitled to the full benefit of the Agreement.

23. BOL has failed to compensate CJT for the remaining term of the Agreement as is stated in paragraph 9 of the Agreement.

## RELIEF SOUGHT

WHEREFORE, the Plaintiff, CJT, respectfully requests that the Court enter a judgment against the Defendant, BOL, in an amount commensurate with its damages, for the costs of this action, and for all other appropriate relief.

## DEMAND FOR TRIAL BY JURY

The Plaintiff hereby demands a trial by jury of all issues triable by jury.

Respectfully Submitted,

*/s/ Cherry Malichi*
Cherry Malichi, Esq., # 15406-49
Counsel for Plaintiff, CJT
5002 W. Evans Dr.
Glendale, AZ 46032
(317) 809-9811 Telephone
cherrymalichi@gmail.com

Cherry Martin
833 W. Elena Dr.
Wendale, AZ 85338

**CERTIFIED MAIL**

7020 2450 0001 4140 8298

7020 2450 0001 4140 8298

Barrette Outdoor Living, Inc.
c/o Agency Global, Inc.
9221 Crawfordsville Rd.
Indianapolis, IN [Indpls] Ed.



CPU

R230-5M145849
U.S. POSTAGE
$7.00
FCML 0000
Orig: 85053
Dest: 46234
03/26/21
2000052130
02 6W