UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CLIFTON JETT TRANSPORT, INC., | ) |
|     Plaintiff, Counter Defendant | ) ) ) |
| v. | )    No. 1:21-cv-01064-JPH-MKK |
| BARRETTE OUTDOOR LIVING, INC., | ) ) |
|     Defendant, Counter Claimant | ) ) |

**ORDER**

This matter comes before the Court on Defendant's Extend the Deadline for Defendant's Reply Brief in Support of its Cross-Motion for Summary Judgment from September 1, 2023 to September 8, 2023, Dkt [170]. The Court, being duly advised, hereby **GRANTS** said Motion.

However, the Court takes notice that this is Defendant' second motion in as many months requesting an extension because of "other time-sensitive matters" and because "one of its attorneys is currently on leave." (Dkts. 159, 170). Future requests by Defendant for extensions of time should provide more fulsome explanations of the reasons Defendant needs additional time to meet its deadlines.

SO ORDERED.

Date: 9/1/2023

_____
M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via e-mail generated by the court's ECF system.