# Ellis, Benjamin

| | |
|---|---|
| **From:** | McCray, Lauren <LaurenMcCray@dwt.com> |
| **Sent:** | Tuesday, September 20, 2022 9:40 PM |
| **To:** | Ellis, Benjamin; Aaron Williamson; Roberts, Kevin E. |
| **Cc:** | Crawford, Donna; Nan, Mindy |
| **Subject:** | Amazon CONFIDENTIAL Production Bates 22-176 |
| **Attachments:** | Sub1011069 CONFIDENTIAL Production Bates 22-176 (09.20.2022).pdf |

Dear Counsel:

With the understanding that Plaintiff does not have access to these records, please find attached Amazon's first confidential production of invoices that corresponds to the extracted data produced by Amazon last week (Bates 20-21). Amazon is still collecting additional documents. The production is marked and is to be treated as confidential in accordance with the protective order.

The document is encrypted, and a separate email will provide the password to Plaintiff's counsel. Amazon requests Plaintiff's counsel produce this password to Defendant's counsel in accordance with any discovery obligations it may have or court orders.

Best,
Lauren

**Lauren A. McCray** | Davis Wright Tremaine LLP
Attorney,
WA Bar # 49976
CA Bar # 287408
Pronouns: She/Her
920 Fifth Avenue, Suite 3300 | Seattle, WA 98104
Tel: (206) 757-8269 | Cell: (571) 331-1254 | Fax: (206) 757-7269
Email: laurenmccray@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Washington, D.C.