| Date | Initials | Amount |
|---|---|---|
| 11/29/2021 | KER | $70.20 |
| 11/30/2021 | KER | $887.50 |
| 11/30/2021 | KER | $140.40 |
| 11/30/2021 | KER | $631.80 |
| 11/30/2021 | KER | $561.60 |
| 12/1/2021 | KER | $456.30 |
| 12/2/2021 | KER | $245.70 |
| 12/2/2021 | KER | $351.00 |
| 12/6/2021 | KER | $351.00 |
| 12/14/2021 | KER | $175.50 |
| 12/15/2021 | KER | $35.10 |
| 12/17/2021 | KER | $97.20 |
| 1/10/2022 | TJK | $101.70 |
| 1/13/2022 | KER | $37.35 |
| 1/14/2022 | KER | $74.70 |
| 1/18/2022 | KER | $112.05 |
| 1/24/2022 | KER | $74.70 |
| 2/8/2022 | KER | $597.60 |
| 2/8/2022 | KER | $74.70 |
| 2/9/2022 | KER | $485.55 |
| 2/10/2022 | TJK | $101.70 |
| 2/10/2022 | KER | $821.70 |
| 2/10/2022 | KER | $336.15 |
| 2/10/2022 | KER | $74.70 |
| 2/11/2022 | TJK | $152.55 |
| 2/17/2022 | KER | $74.70 |
| 2/21/2022 | KER | $149.40 |
| 2/21/2022 | KER | $186.75 |
| 2/22/2022 | KER | $74.40 |
| 2/22/2022 | KER | $74.70 |
| 2/23/2022 | KER | $261.45 |
| 2/23/2022 | KER | $74.70 |
| 2/25/2022 | KER | $112.05 |
| 2/27/2022 | KER | $336.15 |
| 2/27/2022 | KER | $336.15 |
| 2/28/2022 | KER | $74.70 |
| 2/28/2022 | KER | $74.70 |
| 3/1/2002 | KER | $336.15 |
| 3/22/2022 | KER | $74.70 |
| 3/23/2022 | KER | $373.50 |
| 3/23/2022 | KER | $112.05 |

EXHIBIT 8

| Date | Initials | Amount |
|---|---|---|
| 3/23/2022 | KER | $186.75 |
| 3/28/2022 | KER | $410.85 |
| 4/4/2022 | TJK | $101.70 |
| 4/4/2022 | KER | $896.40 |
| 4/4/2022 | KER | $149.40 |
| 4/4/2022 | MC | $149.40 |
| 4/4/2022 | MC | $118.80 |
| 4/7/2022 | KER | $186.75 |
| 4/7/2022 | MC | $59.40 |
| 4/14/2022 | MC | $79.20 |
| 4/20/2022 | KER | $709.65 |
| 4/20/2022 | KER | $74.70 |
| 4/21/2022 | KER | $149.40 |
| 4/21/2022 | KER | $149.40 |
| 4/22/2022 | KER | $186.75 |
| 4/22/2022 | KER | $112.05 |
| 4/27/2022 | TJK | $152.55 |
| 4/27/2022 | KER | $522.90 |
| 4/27/2022 | KER | $149.40 |
| 4/27/2022 | KER | $298.80 |
| 4/29/2022 | TJK | $203.40 |
| 4/29/2022 | KER | $122.05 |
| 4/29/2022 | KER | $74.70 |
| 5/4/2022 | TJK | $152.55 |
| 5/9/2022 | KER | $224.10 |
| 5/9/2022 | KER | $112.05 |
| 5/10/2022 | TJK | $152.55 |
| 5/11/2022 | TJK | $152.55 |
| 5/11/2022 | TJK | $254.25 |
| 5/11/2022 | KER | $149.40 |
| 5/11/2022 | KER | $336.15 |
| 5/11/2022 | KER | $261.45 |
| 5/11/2022 | KER | $410.85 |
| 5/11/2022 | KER | $448.20 |
| 5/11/2022 | KER | $224.10 |
| 5/12/2022 | KER | $448.20 |
| 5/17/2022 | TJK | $152.55 |
| 5/19/2022 | KER | $224.10 |
| 5/19/2022 | KER | $149.40 |
| 5/23/2022 | TJK | $152.55 |
| 5/23/2022 | KER | $74.70 |
| 5/24/2022 | TJK | $152.55 |

EXHIBIT 8

| Date | Initials | Amount |
|---|---|---|
| 5/24/2022 | KER | $112.05 |
| 5/26/2022 | KER | $74.70 |
| 5/27/2022 | TJK | $152.55 |
| 5/31/2022 | TJK | $152.55 |
| 6/6/2022 | KER | $186.75 |
| 6/8/2022 | KER | $186.75 |
| 6/9/2022 | KER | $74.70 |
| 6/10/2022 | TJK | $101.70 |
| 6/10/2022 | KER | $597.60 |
| 6/13/2022 | KER | $112.05 |
| 6/13/2022 | KER | $373.50 |
| 6/16/2022 | KER | $74.70 |
| 6/29/2022 | TJK | $152.55 |
| 6/30/2022 | TJK | $152.55 |
| 7/1/2022 | KER | $74.70 |
| 7/1/2022 | KER | $74.70 |
| 7/5/2022 | TJK | $101.70 |
| 7/6/2022 | TJK | $203.40 |
| 7/6/2022 | KER | $149.40 |
| 7/7/2022 | TJK | $101.70 |
| 7/7/2022 | KER | $336.15 |
| 7/11/2022 | TJK | $101.70 |
| 7/11/2022 | KER | $261.45 |
| 7/11/2022 | KER | $186.75 |
| 7/11/2022 | KER | $224.10 |
| 7/11/2022 | KER | $485.55 |
| 7/11/2022 | KER | $186.75 |
| 7/12/2022 | TJK | $152.55 |
| 7/12/2022 | TJK | $152.55 |
| 7/12/2022 | KER | $186.75 |
| 7/12/2022 | KER | $74.70 |
| 7/12/2022 | KER | $373.50 |
| 7/14/2022 | TJK | $101.70 |
| 7/14/2022 | KER | $261.45 |
| 7/18/2022 | TJK | $152.55 |
| 7/18/2022 | KER | $149.40 |
| 7/18/2022 | KER | $37.35 |
| 7/18/2022 | KER | $261.45 |
| 7/21/2022 | TJK | $101.70 |
| 7/22/2022 | TJK | $203.40 |
| 7/22/2022 | KER | $112.05 |
| 7/25/2022 | TJK | $101.70 |

EXHIBIT 8

| Date | Initials | Amount |
|---|---|---|
| 7/25/2022 | KER | $149.40 |
| 7/25/2022 | KER | $560.25 |
| 7/26/2022 | TJK | $152.55 |
| 7/26/2022 | KER | $298.80 |
| 7/28/2022 | KER | $261.45 |
| 7/29/2022 | TJK | $254.25 |
| 7/29/2022 | KER | $112.05 |
| 7/29/2022 | KER | $373.50 |
| 8/1/2022 | TJK | $152.55 |
| 8/1/2022 | KER | $112.05 |
| 8/1/2022 | KER | $112.05 |
| 8/1/2022 | KER | $74.70 |
| 8/1/2022 | KER | $149.40 |
| 8/1/2022 | KER | $298.80 |
| 8/1/2022 | KER | $112.05 |
| 8/2/2022 | TJK | $101.70 |
| 8/2/2022 | KER | $859.05 |
| 8/2/2022 | KER | $74.70 |
| 8/3/2022 | TJK | $101.70 |
| 8/3/2022 | KER | $821.70 |
| 8/5/2022 | TJK | $101.70 |
| 8/19/2022 | KER | $74.70 |
| 8/23/2022 | KER | $74.70 |
| 8/24/2022 | TJK | $101.70 |
| 8/24/2022 | KER | $261.45 |
| 8/24/2022 | KER | $112.05 |
| 8/24/2022 | KER | $149.40 |
| 8/25/2022 | TJK | $152.55 |
| 8/25/2022 | KER | $37.35 |
| 8/25/2022 | KER | $336.15 |
| 8/26/2022 | TJK | $152.55 |
| 8/26/2022 | KER | $186.75 |
| 8/26/2022 | KER | $74.70 |
| 8/30/2022 | TJK | $152.55 |
| 8/30/2022 | KER | $560.25 |
| 8/30/2022 | KER | $149.40 |
| 8/30/2022 | KER | $149.40 |
| 8/31/2022 | TJK | $101.70 |
| 8/31/2022 | KER | $112.05 |
| 9/1/2022 | TJK | $101.70 |
| 9/1/2022 | KER | $149.40 |
| 9/1/2022 | KER | $112.05 |

EXHIBIT 8

| Date | Initials | Amount |
|---|---|---|
| 9/7/2022 | TJK | $101.70 |
| 9/7/2022 | TJK | $152.55 |
| 9/7/2022 | KER | $149.40 |
| 9/8/2022 | TJK | $152.55 |
| 9/8/2022 | KER | $634.95 |
| 9/8/2022 | KER | $186.75 |
| 9/9/2022 | TJK | $101.70 |
| 9/9/2022 | KER | $149.40 |
| 9/9/2022 | KER | $74.70 |
| 9/12/2022 | KER | $74.70 |
| 9/12/2022 | KER | $149.40 |
| 9/13/2022 | MC | $59.40 |
| 9/14/2022 | TJK | $101.70 |
| 9/14/2022 | KER | $37.35 |
| 9/14/2022 | KER | $298.80 |
| 9/14/2022 | KER | $149.40 |
| 9/15/2022 | TJK | $152.55 |
| 9/15/2022 | KER | $186.75 |
| 9/15/2022 | KER | $112.05 |
| 9/16/2022 | TJK | $203.40 |
| 9/19/2022 | KER | $1,334.60 |
| 9/20/2022 | TJK | $152.55 |
| 9/20/2022 | KER | $485.55 |
| 9/20/2022 | KER | $112.05 |
| 9/20/2022 | KER | $186.75 |
| 9/20/2022 | KER | $149.40 |
| 9/20/2022 | KER | $74.70 |
| 9/21/2022 | TJK | $101.70 |
| 9/26/2022 | KER | $261.45 |
| 9/27/2022 | TJK | $101.70 |
| 9/27/2022 | KER | $149.40 |
| 9/27/2022 | KER | $112.05 |
| 9/27/2022 | KER | $186.75 |
| 9/27/2022 | KER | $112.05 |
| 9/29/2022 | TJK | $101.70 |
| 9/29/2022 | KER | $37.35 |
| 10/17/2022 | KER | $74.70 |
| 10/27/2022 | KER | $149.40 |
| 10/27/2022 | KER | $186.75 |
| 10/28/2022 | TJK | $101.70 |
| 10/28/2022 | KER | $74.70 |
| 10/31/2022 | TJK | $152.55 |

EXHIBIT 8

| Date | Code | Amount |
|---|---|---|
| 10/31/2022 | KER | $74.70 |
| 10/31/2022 | KER | $37.35 |
| 10/31/2022 | KER | $74.70 |
| 11/1/2022 | TJK | $101.70 |
| 11/1/2022 | TJK | $101.70 |
| 11/1/2022 | KER | $373.50 |
| 11/1/2022 | KER | $149.40 |
| 11/1/2022 | KER | $186.75 |
| 11/1/2022 | KER | $37.35 |
| 11/2/2022 | KER | $709.65 |
| 11/2/2022 | KER | $186.75 |
| 11/2/2022 | KER | $112.05 |
| 11/2/2022 | KER | $149.40 |
| 11/2/2022 | MC | $39.60 |
| 11/3/2022 | KER | $261.45 |
| 11/4/2022 | KER | $74.70 |
| 11/4/2022 | KER | $112.05 |
| 11/7/2022 | KER | $37.35 |
| 11/8/2022 | KER | $112.05 |
| 11/14/2022 | MC | $39.60 |
| 11/17/2022 | TJK | $152.55 |
| 11/17/2022 | KER | $560.25 |
| 11/22/2022 | TJK | $152.55 |
| 11/22/2022 | KER | $298.80 |
| 11/22/2022 | KER | $74.70 |
| 11/22/2022 | KER | $336.15 |
| 11/23/2022 | TJK | $152.55 |
| 11/23/2022 | TJK | $101.70 |
| 11/23/2022 | KER | $336.15 |
| 11/28/2022 | TJK | $203.40 |
| 11/28/2022 | KER | $149.40 |
| 11/28/2022 | KER | $373.50 |
| 11/28/2022 | KER | $37.35 |
| 11/28/2022 | KER | $74.70 |
| 11/29/2022 | KER | $186.75 |
| 11/29/2022 | KER | $149.40 |
| 11/30/2022 | KER | $37.35 |
| 12/14/2022 | KER | $112.05 |
| 12/14/2022 | KER | $410.85 |
| 1/3/2023 | KER | $560.70 |
| 1/9/2023 | KER | $120.15 |
| 1/13/2023 | MC | $62.10 |

EXHIBIT 8

| Date | Initials | Amount |
|---|---|---|
| 1/16/2023 | TJK | $107.10 |
| 1/17/2023 | KER | $200.25 |
| 1/17/2023 | MC | $103.50 |
| 1/18/2023 | PJJ | $403.65 |
| 1/18/2023 | MC | $124.20 |
| 1/19/2023 | KER | $400.50 |
| 1/19/2023 | PJJ | $496.80 |
| 1/20/2023 | KER | $200.25 |
| 1/20/2023 | JR | $478.80 |
| 1/20/2023 | PJJ | $496.80 |
| 1/23/2023 | PJJ | $93.15 |
| 1/23/2023 | MC | $82.80 |
| 1/24/2023 | MC | $20.70 |
| 1/25/2023 | JR | $786.60 |
| 1/25/2023 | MC | $41.40 |
| 1/26/2023 | KER | $120.15 |
| 1/26/2023 | JR | $136.80 |
| 1/27/2023 | TJK | $214.20 |
| 1/27/2023 | KER | $720.90 |
| 1/27/2023 | KER | $160.20 |
| 1/27/2023 | PJJ | $217.35 |
| 1/28/2023 | JSM | $181.80 |
| 1/30/2023 | TJK | $160.65 |
| 1/30/2023 | TJK | $160.65 |
| 1/30/2023 | TJK | $160.65 |
| 1/30/2023 | JSM | $272.70 |
| 1/30/2023 | PJJ | $683.10 |
| 1/31/2023 | TJK | $107.10 |
| 1/31/2023 | JSM | $90.90 |
| 1/31/2023 | JSM | $181.80 |
| 1/31/2023 | JSM | $277.25 |
| 1/31/2023 | PJJ | $589.95 |
| 1/31/2023 | PJJ | $279.45 |
| 1/31/2023 | PJJ | $341.55 |
| 2/1/2023 | TJK | $160.65 |
| 2/1/2023 | TJK | $107.10 |
| 2/1/2023 | JSM | $90.90 |
| 2/1/2023 | PJJ | $279.45 |
| 2/1/2023 | PJJ | $93.15 |
| 2/15/2023 | JSM | $181.80 |
| 3/1/2023 | KER | $240.30 |
| 3/1/2023 | KER | $240.30 |

EXHIBIT 8

| Date | Initials | Amount |
|---|---|---|
| 3/2/2023 | TJK | $160.65 |
| 3/2/2023 | PJJ | $310.50 |
| 3/2/2023 | PJJ | $962.55 |
| 3/2/2023 | BR | $103.50 |
| 3/3/2023 | PJJ | $496.80 |
| 3/4/2023 | KER | $881.10 |
| 3/5/2023 | KER | $240.30 |
| 3/5/2023 | KER | $961.20 |
| 3/5/2023 | MC | $82.80 |
| 3/5/2023 | MC | $62.10 |
| 3/6/2023 | TJK | $214.20 |
| 3/6/2023 | KER | $120.15 |
| 3/6/2023 | KER | $600.75 |
| 3/6/2023 | KER | $1,081.35 |
| 3/6/2023 | KER | $200.25 |
| 3/6/2023 | KER | $921.15 |
| 3/7/2023 | KER | $1,241.55 |
| 3/7/2023 | KER | $961.20 |
| 3/7/2023 | KER | $1,361.70 |
| 3/8/2023 | MC | $20.70 |
| 3/8/2023 | MC | $41.40 |
| VENDOR 3/13/23 | | $2,505.75 |
| 5/16/2023 | TJK | $107.10 |
| 6/12/2023 | TJK | $160.65 |
| 7/17/2023 | TJK | $214.20 |
| TOTALS | | $74,948.40 |

EXHIBIT 8