| Date | Initials | Extensions | Expenses |
|---|---|---|---|
| 2/23/2022 | KER | $261.45 | $0.00 |
| 2/23/2022 | KER | $74.70 | $0.00 |
| 4/27/2022 | TJK | $152.55 | $0.00 |
| 4/27/2022 | KER | $522.90 | $0.00 |
| 4/27/2022 | KER | $298.80 | $0.00 |
| 4/29/2022 | KER | $122.05 | $0.00 |
| 4/29/2022 | KER | $74.70 | $0.00 |
| 6/10/2022 | TJK | $101.70 | $0.00 |
| 6/13/2022 | KER | $112.05 | $0.00 |
| 6/13/2022 | KER | $373.50 | $0.00 |
| 6/16/2022 | KER | $74.70 | $0.00 |
| 7/12/2022 | TJK | $152.55 | $0.00 |
| 7/22/2022 | KER | $112.05 | $0.00 |
| 7/28/2022 | KER | $261.45 | $0.00 |
| 7/29/2022 | KER | $373.50 | $0.00 |
| 9/20/2022 | TJK | $152.55 | $0.00 |
| 9/20/2022 | KER | $485.55 | $0.00 |
| 9/20/2022 | KER | $112.05 | $0.00 |
| 9/20/2022 | KER | $74.70 | $0.00 |
| 9/27/2022 | TJK | $101.70 | $0.00 |
| 9/27/2022 | KER | $149.40 | $0.00 |
| 9/27/2022 | KER | $112.05 | $0.00 |
| 9/27/2022 | KER | $186.75 | $0.00 |
| 9/27/2022 | KER | $112.05 | $0.00 |
| 9/29/2022 | KER | $37.35 | $0.00 |
| 11/3/2022 | KER | $261.45 | $0.00 |
| 11/4/2022 | KER | $74.70 | $0.00 |
| 1/27/2023 | KER | $720.90 | $0.00 |
| VENDOR 3/13/23 | | $0.00 | $2,505.75 |

TOTALS

EXHIBIT 10