# Ellis, Benjamin

| | |
|---|---|
| **From:** | Ellis, Benjamin |
| **Sent:** | Wednesday, May 18, 2022 12:26 PM |
| **To:** | Roberts, Kevin E. |
| **Cc:** | Kaiser, Todd; Aaron Williamson |
| **Subject:** | FW: Clifton Jett Transport v. Barrette Outdoor Living, Inc., Case No. 1:21-cv-01064-JPH-MG: Damages Analysis [ODNSS-OGL.044301.000013] |
| **Attachments:** | 2022-05-13 - Ltr to OC Re Damages Analysis.pdf; Barrette000662 to Barrette000663.pdf |

Kevin –

I have reviewed the attached letter and documents, and Barrette still has not satisfied its obligations to provide damages discovery required in its initial disclosures, its answer to Interrogatory No. 11, or Request Nos. 2, 3, 7, and 10.

Please let me know when you are available tomorrow or Friday to discuss. Please be aware that if we do not have complete discovery responses on this issue in advance of the depositions next week, we will plan to hold those depositions open.

Respectfully,

**BENJAMIN C. ELLIS**
**HKM EMPLOYMENT ATTORNEYS LLP**
MANAGING PARTNER – INDIANAPOLIS

320 N. Meridian St., Ste. 615
Indianapolis, IN 46204
Office / Fax: 317-824-9747
BELLIS@HKM.COM | WWW.HKM.COM

---

**From:** Mathias, Abby <abby.mathias@ogletree.com>
**Sent:** Friday, May 13, 2022 3:54 PM
**To:** Ellis, Benjamin <bellis@hkm.com>; Aaron Williamson <awilliamson@hkm.com>
**Cc:** Roberts, Kevin E. <Kevin.Roberts@ogletreedeakins.com>; Kaiser, Todd J. <todd.kaiser@ogletreedeakins.com>
**Subject:** Clifton Jett Transport v. Barrette Outdoor Living, Inc., Case No. 1:21-cv-01064-JPH-MG: Damages Analysis [ODNSS-OGL.044301.000013]

> You don't often get email from abby.mathias@ogletree.com. Learn why this is important

Dear Counsel,

On behalf of Kevin Roberts, attached, please find correspondence regarding the above-referenced matter.

Kind Regards,

**Abby Mathias | Practice Assistant | Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
111 Monument Circle, Suite 4600 | Indianapolis, IN 46204 | Telephone: 317-916-2117
abby.mathias@ogletree.com | www.ogletree.com