| Date | Initials | Dkt. 72 Amounts |
|---|---|---|
| 8/3/2022 | TJK | $203.40 |
| 8/3/2022 | KER | $634.95 |
| 8/4/2022 | TJK | $203.40 |
| 8/8/2022 | TJK | $203.40 |
| 8/8/2022 | KER | $186.75 |
| 8/8/2022 | JR | $341.55 |
| 8/10/2022 | JR | $1,738.80 |
| 8/10/2022 | JR | $310.50 |
| 8/11/2022 | TJK | $254.25 |
| 8/12/2022 | KER | $485.55 |
| 8/19/2022 | TJK | $101.70 |
| 8/19/2022 | KER | $1,269.90 |
| 8/22/2022 | KER | $448.20 |
| 8/22/2022 | KER | $784.35 |
| 8/23/2022 | TJK | $254.25 |
| 8/23/2022 | KER | $485.55 |
| 8/23/2022 | KER | $448.20 |
| 8/23/2022 | MC | $39.60 |
| 9/6/2022 | TJK | $457.65 |
| 9/7/2022 | TJK | $305.10 |
| 9/7/2022 | KER | $560.25 |
| 9/9/2022 | KER | $634.95 |
| 9/9/2022 | KER | $485.55 |
| 9/12/2022 | KER | $1,830.15 |
| 9/12/2022 | KER | $448.20 |
| 9/12/2022 | KER | $1,792.80 |
| 9/13/2022 | TJK | $254.25 |
| 9/13/2022 | KER | $1,157.82 |
| 9/13/2022 | KER | $552.90 |
| TOTALS | | $16,873.92 |

EXHIBIT 14