| Date | Initials | Dkt. 114 Amounts |
|---|---|---|
| 1/23/2023 | TJK | $214.20 |
| 1/23/2023 | KER | $520.65 |
| 1/27/2023 | TJK | $214.20 |
| 1/27/2023 | KER | $600.75 |
| 1/30/2023 | JSM | $181.80 |
| 1/30/2023 | EP | $1,057.05 |
| 1/30/2023 | EP | $156.60 |
| 1/31/2023 | JSM | $272.70 |
| 1/31/2023 | EP | $234.90 |
| 1/31/2023 | EP | $1,174.50 |
| 2/1/2023 | TJK | $214.20 |
| 2/1/2023 | JSM | $227.25 |
| 2/1/2023 | PJJ | $527.85 |
| 2/2/2023 | TJK | $267.75 |
| 2/2/2023 | EP | $665.55 |
| 2/2/2023 | EP | $704.70 |
| 2/2/2023 | EP | $117.45 |
| 2/2/2023 | EP | $391.50 |
| 2/2/2023 | PJJ | $434.70 |
| 2/2/2023 | PJJ | $1,086.75 |
| 2/3/2023 | TJK | $267.75 |
| 2/3/2023 | JSM | $863.55 |
| 2/3/2023 | EP | $900.45 |
| 2/3/2023 | EP | $78.30 |
| 2/3/2023 | EP | $313.20 |
| 2/3/2023 | EP | $1,057.05 |
| 2/3/2023 | PJJ | $558.90 |
| 2/3/2023 | PJJ | $434.70 |
| 2/5/2023 | JSM | $636.30 |
| 2/5/2023 | EP | $1,526.85 |
| 2/5/2023 | EP | $430.65 |
| 2/6/2023 | TJK | $214.20 |
| 2/6/2023 | TJK | $214.20 |
| 2/6/2023 | JSM | $181.80 |
| 2/6/2023 | KER | $520.65 |
| 2/6/2023 | EP | $626.40 |
| 2/6/2023 | EP | $665.55 |
| 2/10/2023 | TJK | $107.10 |
| 2/13/2023 | TJK | $107.10 |
| 2/14/2023 | EP | $587.25 |

EXHIBIT 17

TOTALS $19,557.00

EXHIBIT 17