| Date | Initials | Amounts |
|---|---|---|
| 5/16/2023 | TJK | $160.65 |
| 5/16/2023 | TJK | $214.20 |
| 5/16/2023 | TJK | $160.65 |
| 5/16/2023 | KER | $120.15 |
| 5/16/2023 | KER | $160.20 |
| 5/16/2023 | KER | $200.25 |
| 5/17/2023 | TJK | $214.20 |
| 5/19/2023 | KER | $160.20 |
| 5/19/2023 | KER | $200.25 |
| 5/22/2023 | TJK | $214.20 |
| 5/22/2023 | KER | $200.25 |
| 5/22/2023 | KER | $440.55 |
| 5/22/2023 | KER | $120.15 |
| 5/23/2023 | KER | $200.25 |
| 5/24/2023 | KER | $40.05 |
| 5/24/2023 | KER | $80.10 |
| 6/5/2023 | KER | $480.60 |
| 6/5/2023 | KER | $480.60 |
| 6/6/2023 | KER | $1,041.30 |
| 6/6/2023 | KER | $720.90 |
| 6/6/2023 | KER | $1,281.60 |
| 6/6/2023 | KER | $1,962.45 |
| 6/6/2023 | TJK | $214.20 |
| 6/7/2023 | KER | $2,763.45 |
| 6/7/2023 | KER | $1,041.30 |
| 6/8/2023 | KER | $120.15 |
| 6/13/2023 | KER | $40.05 |
| 7/12/2023 | EP | $587.25 |
| 7/12/2023 | TJK | $214.20 |
| TOTALS |  | $13,834.35 |

EXHIBIT 19