| Date | Initials | Settlement Amounts | Fee Petition Amounts |
|---|---|---|---|
| 12/7/2022 | TJK | $0.00 | $203.40 |
| 12/8/2022 | TJK | $0.00 | $152.55 |
| 12/8/2022 | KER | $0.00 | $186.75 |
| 12/19/2022 | KER | $0.00 | $560.25 |
| 12/20/2022 | KER | $0.00 | $747.00 |
| 12/20/2022 | KER | $0.00 | $186.75 |
| 12/20/2022 | KER | $0.00 | $672.30 |
| 12/21/2022 | TJK | $0.00 | $203.40 |
| 12/21/2022 | KER | $0.00 | $821.70 |
| 12/21/2022 | KER | $0.00 | $410.85 |
| 12/21/2022 | KER | $0.00 | $448.20 |
| 12/21/2022 | KER | $0.00 | $298.80 |
| 12/22/2022 | TJK | $0.00 | $203.40 |
| 12/22/2022 | KER | $0.00 | $672.30 |
| 12/22/2022 | KER | $0.00 | $298.80 |
| 12/22/2022 | KER | $0.00 | $485.55 |
| 12/28/2022 | KER | $0.00 | $186.75 |
| 12/28/2022 | KER | $0.00 | $597.60 |
| 12/29/2022 | TJK | $0.00 | $152.55 |
| 12/29/2022 | KER | $0.00 | $448.20 |
| 12/29/2022 | KER | $0.00 | $672.30 |
| 1/3/2023 | TJK | $0.00 | $481.95 |
| 1/3/2023 | KER | $0.00 | $720.90 |
| 1/3/2023 | KER | $0.00 | $480.60 |
| 1/5/2023 | TJK | $0.00 | $374.85 |
| 1/5/2023 | KER | $0.00 | $881.10 |
| 1/5/2023 | KER | $0.00 | $80.10 |
| 1/5/2023 | KER | $0.00 | $360.45 |
| 1/6/2023 | TJK | $0.00 | $214.20 |
| 1/6/2023 | TJK | $0.00 | $160.65 |
| 1/6/2023 | KER | $0.00 | $600.75 |
| 7/17/2023 | KER | $0.00 | $240.30 |
| 7/17/2023 | TJK | $0.00 | $214.20 |
| 7/18/2023 | KER | $0.00 | $160.20 |
| 7/19/2023 | KER | $0.00 | $1,321.65 |
| 7/20/2023 | EP | $0.00 | $548.10 |
| 7/21/2023 | EP | $0.00 | $274.05 |
| 7/24/2023 | TJK | $0.00 | $214.20 |
| 7/24/2023 | TJK | $107.10 | $0.00 |
| 7/24/2023 | TJK | $0.00 | $214.20 |

EXHIBIT 20

| Date | Initials | Amount 1 | Amount 2 |
|---|---|---|---|
| 7/24/2023 | MC | $0.00 | $869.40 |
| 7/25/2023 | TJK | $0.00 | $160.65 |
| 7/25/2023 | TJK | $0.00 | $374.85 |
| 7/25/2023 | MC | $0.00 | $207.00 |
| 7/26/2023 | TJK | $160.65 | $0.00 |
| 7/28/2023 | TJK | $160.65 | $0.00 |
| 7/28/2023 | EP | $39.15 | $0.00 |
| 7/31/2023 | TJK | $107.10 | $0.00 |
| 8/4/2023 | EP | $352.35 | $0.00 |
| 8/8/2023 | EP | $39.15 | $0.00 |
| 8/9/2023 | EP | $2,662.20 | $0.00 |
| 8/9/2023 | TJK | $3,480.75 | $0.00 |
| 8/9/2023 | TJK | $0.00 | $214.20 |
| 8/8/2023 | TJK | $214.20 | $0.00 |
| 8/8/2023 | TJK | $214.20 | $0.00 |
| 8/10/2023 | TJK | $0.00 | $214.20 |
| 8/17/2023 | MC | $0.00 | $103.50 |
| 8/17/2023 | MC | $0.00 | $455.40 |
| 8/18/2023 | MC | $0.00 | $103.50 |
| 8/18/2023 | MC | $0.00 | $538.20 |
| 8/21/2023 | MC | $0.00 | $248.50 |
| 8/1/2023 | TJK | $0.00 | $214.20 |
| 8/22/2023 | TJK | $0.00 | $331.20 |
| 8/17/2023 | TJK | $0.00 | $267.75 |
| 8/17/2023 | TJK | $0.00 | $267.75 |
| 8/18/2023 | TJK | $0.00 | $696.15 |
| TOTALS | | $7,537.50 | $21,418.30 |

EXHIBIT 20