| Date | Initials | Dkt. 65 Amounts | Dkt. 87 Amounts |
|---|---|---|---|
| 7/22/2022 | TJK | $203.40 | $0.00 |
| 7/25/2022 | TJK | $101.70 | $0.00 |
| 7/25/2022 | KER | $560.25 | $0.00 |
| 7/26/2022 | TJK | $152.55 | $0.00 |
| 7/26/2022 | KER | $298.80 | $0.00 |
| 7/29/2022 | KER | $112.05 | $0.00 |
| 9/9/2022 | TJK | $0.00 | $101.70 |
| 9/16/2022 | KER | $0.00 | $336.15 |
| 9/20/2022 | TJK | $0.00 | $152.55 |
| 9/20/2022 | KER | $0.00 | $485.55 |
| 9/20/2022 | KER | $0.00 | $186.75 |
| 9/26/2022 | TJK | $0.00 | $152.55 |
| 9/26/2022 | KER | $0.00 | $149.40 |
| 12/8/2022 | TJK | $0.00 | $101.70 |
| TOTALS | | $1,428.75 | $1,666.35 |

EXHIBIT 25