UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CLIFTON JETT TRANSPORT, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BARRETTE OUTDOOR LIVING, INC., ) <br> ) <br> Defendant. ) <br> ───────────────────────────── ) <br> ) <br> BARRETTE OUTDOOR LIVING, INC., ) <br> ) <br> Counter Claimant, ) <br> ) <br> v. ) <br> ) <br> CLIFTON JETT TRANSPORT, INC., ) <br> ) <br> Counter Defendant. ) | No. 1:21-cv-01064-JPH-MKK |

**FINAL JUDGMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 58**

Having this day directed the entry of final judgment, the Court now enters **FINAL JUDGMENT** in favor of Defendant and against Plaintiff on Plaintiff's claims, and in favor of Plaintiff and against Defendant on Defendant's claims. The parties shall take nothing by their complaint and counterclaim and this action is terminated.

**SO ORDERED.**

Date: 3/15/2024

Roger A.G. Sharpe, Clerk

BY: _Carina Weed_

Deputy Clerk, U.S. District Court

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All electronically registered counsel