UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **CLIFTON JETT TRANSPORT, INC.**, <br><br> Plaintiff, <br><br> v. <br><br> **BARRETTE OUTDOOR LIVING, INC.**, <br><br> Defendant. | Cause No. 1:21-cv-01064-JPH-MKK |

## JOINT NOTICE OF RESOLUTION

As required by L.R. 7(h), counsel for the parties respectfully notify the Court that the parties have reached a tentative agreement to resolve all claims in this lawsuit.

Respectfully submitted,

| | |
|---|---|
| */s/ Benjamin C. Ellis* | */s/ Todd J. Kaiser* (w/ permission) |
| Benjamin C. Ellis | Todd J. Kaiser |
| Claire E. Hunter | Jan S. Michelsen |
| Natalie R. Dickey | Ellen Pactor |
| HKM EMPLOYMENT ATTORNEYS LLP | OGLETREE DEAKINS |
| 320 N. Meridian St., Ste. 615 | 300 N. Meridian St., Ste. 2700 |
| Indianapolis, IN 46204 | Indianapolis, IN 46204 |
| P/F  \|  (317) 824-9747 | Phone  \|  (317) 916-2155 |
| Email  \|  bellis@hkm.com <br>         chunter@hkm.com <br>         ndickey@hkm.com | Email  \|  todd.kaiser@ogletree.com <br>         jan.michelsen@odnss.com <br>         ellen.pactor@ogletree.com |
| *Counsel for Plaintiff* CLIFTON JETT TRANSPORT, LLC | *Counsel for Defendant* BARRETTE OUTDOOR LIVING, INC. |