UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **CLIFTON JETT TRANSPORT, INC.**, <br><br> Plaintiff, <br><br> v. <br><br> **BARRETTE OUTDOOR LIVING, INC.**, <br><br> Defendant. | Cause No. 1:21-cv-01064-JPH-MKK |

## JOINT STIPULATION OF DISMISSAL

As permitted by Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties, each by counsel, respectfully stipulate to the dismissal of this lawsuit WITH PREJUDICE, each party shall bear their own costs and attorney fees.

Respectfully submitted,

| | |
|---|---|
| /s/ *Benjamin C. Ellis* | /s/ *Ellen Pactor* (w/ permission) |
| Benjamin C. Ellis | Todd J. Kaiser |
| Claire E. Hunter | Jan S. Michelsen |
| Natalie R. Dickey | Ellen Pactor |
| HKM EMPLOYMENT ATTORNEYS LLP | OGLETREE DEAKINS |
| 320 N. Meridian St., Ste. 615 | 300 N. Meridian St., Ste. 2700 |
| Indianapolis, IN 46204 | Indianapolis, IN 46204 |
| P/F   \|   (317) 824-9747 | Phone   \|   (317) 916-2155 |
| Email   \|   bellis@hkm.com | Email   \|   todd.kaiser@ogletree.com |
|                  chunter@hkm.com |                  jan.michelsen@odnss.com |
|                  ndickey@hkm.com |                  ellen.pactor@ogletree.com |
| | |
| *Counsel for Plaintiff* CLIFTON JETT TRANSPORT, LLC | *Counsel for Defendant* BARRETTE OUTDOOR LIVING, INC. |